7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Steve Ray Nations
*Debtor*

*Bankruptcy Case No.*
15−20876−drd13

**Glenn E Morris**
  Plaintiff(s)

*Adversary Case No.*
15−02018−drd

v.

**Steve Ray Nations**
  Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Dennis R. Dow , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: the indebtedness of $125,000.00 of Defendant Steve Ray Nations to Plaintiff Glenn E. Morris, based upon the Camden County judgment is nondischargeable pursuant to 11 U.S.C. Section 1328(a)(4).



Paige Wymore−Wynn
Acting Court Executive

By: /s/ Kim McClanahan
      Deputy Clerk

Date of issuance: 1/27/16

Court to serve